COUNTY OF SOUTHERN DISTRICT    UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
# 30252M

---

GARGY PIERRE-LOUIS, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

                 Plaintiff(s)    INDEX# 1:22-CV-06717
        against                      Date filed 8/8/2022

CUSTOM METALCRAFTERS, INC. AND STEPHEN ROSNER
                 Defendant(s)

---

STATE OF NEW YORK              COUNTY OF ALBANY     1522470

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

**PAUL J. SANTSPREE SR.** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **12/22/2022** at **12:43 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

### SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET

### on CUSTOM METALCRAFTERS, INC., Defendant in this action.

By delivering to and leaving with **AMY LESCH**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**      Description of the Recipient is as follows:

A Female with White skin, Blonde hair, who is approximately 46 years of age and has an approximate height of 5' 6" and approximate weight of 170 pounds.

Other identifying features are as follows: None.

_signature_
PAUL J. SANTSPREE SR. - 12/22/2022
Process Server

State of New York
County of Albany

Sworn to before me on This 22 day of December 2022

_signature_
Notary Public - Emily M. Corbett

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualified in Albany County
Commission Expires August 7, 2025

Emily M. Corbett
Notary Public, State of New York
No. 01CO6299470
Qualified in Albany County
Commission Expires March 24, 2026

PREFERRED PROCESS SERVERS - 166-06 24th ROAD, LL - WHITESTONE, NY 11357 - 718-362-4890