

THOMAS S. TRIPODIANOS
TTRIPODIANOS@WBGLLP.COM
ADMITTED IN NY, PA & MA

March 2, 2023

**VIA PACER**
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Gargy Pierre-Louis et. al. v. Custom Metalcrafters, Inc. and Stephen Rosner
             Case No.: 22-CV-06717
             Venue: SDNY
             Our File No. 01881.00001.00001

Dear Hon. Vyskocil:

Our office represents, Custom Metalcrafters, Inc. and Stephen Rosner. This correspondence is submitted jointly with Plaintiffs' counsel. We recently learned that on February 10, 2023, Clerk's Certificates of Default (hereinafter the "Certificates") were filed against our clients in the above-referenced matter. *See,* Doc.##s 25-26. We requested from Plaintiffs' counsel and they have consented to withdraw and/or vacate these Certificates. We in turn will consent to accept service of their amended pleadings and will respond to such pleadings thirty days, thereafter.

We contacted the Clerk's office as to the best method for vacating these Certificates and were advised to submit a letter to your Honor's attention.

Thank you for your attention to this matter.

                          Very truly yours,

                          Thomas S. Tripodianos

TST/cc
Enc.

Please direct replies to:
City Square, 11 Martine Avenue, 15th Floor, White Plains, New York 10606
Phone: (914) 428-2100 * Fax: (855) 740-2860 * www.wbgllp.com

NEW YORK  •  NEW JERSEY  •  CONNECTICUT



Hon. Mary Kay Vyskocil
March 2, 2023
Page 2

cc:
**VIA PACER & EMAIL**
Levin-Epstein & Associates, P.C.
Attorneys for Plaintiffs
Email:  Jason Mizrahi, Esq. - jason@levinepstein.com

Custom Metalcrafters, Inc.
(via email)

Mr. Stephen Rosner
(via email)