# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

April 25, 2023

*VIA ECF*
The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023
```

      Re:    *Pierre-Louis v. Custom Metalcrafters, Inc. et al*
             **Case No.: 1:22-cv-06717-MKV**

Dear Honorable Judge Vyskocil:

      This law firm represents Plaintiffs Gargy Pierre-Louis, Oscar Manuel Ogando Rosario, Maximo Aleys, Jose Santiago, Darwin Gonzalez, and Carlos Breton (collectively, the "Plaintiffs") in the above-referenced matter.

      Pursuant to Your Honor's Individual Motion Practice Rule 2(G), this letter respectfully serves to request an adjournment of the in-person Initial Case Conference scheduled for May 2, 2023, to one of the following proposed dates:

1. May 10, 2023;

2. May 23, 2023;

3. May 26, 2023; or

4. To another date and time set by the Court, after May 26, 2023.

      In the alternative, this letter further requests that the in-person May 2, 2023 Initial Case Conference be converted to a telephonic conference on one of the following proposed dates and times:

1. May 1, 2023, anytime before 1:00 p.m.;

2. May 2, 2023 after 3:00 p.m.;

3. May 4, 2023 after 2:00 p.m.; or

4. May 5, 2023 after 2:00 p.m.

      This request is made on consent of counsel for Defendants, who has advised the undersigned that he is unavailable the morning of May 8, 2023, May 11, 2023, and the afternoons of May 17, 2023 and May 23, 2023.

The basis for this request is that the undersigned will be traveling overseas from April 21, 2023 to, through and including, May 2, 2023.

Thank you, in advance, for your time and attention to this matter.

                Respectfully submitted,

                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                By: */s/ Jason Mizrahi*
                     Jason Mizrahi, Esq.
                     60 East 42nd Street, Suite 4700
                     New York, New York 10165
                     Tel. No.: (212) 792-0048
                     Email: Jason@levinepstein.com
                     *Attorneys for Plaintiffs*

VIA ECF: All Counsel

---

**The Initial Pretrial Conference scheduled for May 2, 2023 at 2:30 PM is ADJOURNED to May 23, 2023 at 3:00 PM.  SO ORDERED.**

Date: 4/25/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge