

THOMAS S. TRIPODIANOS
TTRIPODIANOS@WBGLLP.COM
ADMITTED IN NY, PA & MA

June 6, 2023

**VIA PACER**
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   Gargy Pierre-Louis et. al. v. Custom Metalcrafters, Inc. and Stephen Rosner
> Case No.: 22-CV-06717
> Venue: SDNY
> Our File No. 01881.00001.00001

Dear Hon. Vyskocil:

Our office represents, Custom Metalcrafters, Inc. and Stephen Rosner.  Pursuant to your instructions at the May 23, 2023 Conference and further to the schedule set forth in the corresponding May 23, 2023 Civil Case Management Plan and Scheduling Order, the parties were to exchange Initial Disclosures, pursuant to Rule 26(a)(1) of the Fed. R. Civ. P. within seven days of the Order (i.e. May 30, 2023). Plaintiffs served their Initial Disclosures on May 30, 2023, at about 10:23 p.m.  Plaintiffs' Initial Disclosures, pertaining to Plaintiffs' alleged computation of each category of damages, under Paragraph "C" references an "attached spreadsheet, produced simultaneously herewith", although no spreadsheet was attached.

Our office subsequently followed up with Plaintiffs' counsel regarding this missing spreadsheet via email on May 31, 2023, at 6:45 a.m., and again at 4:33 p.m.  On June 1, 2023, our office again followed-up via email regarding the missing spreadsheet.  Despite our office's multiple attempts, Plaintiffs' counsel has neither responded to our inquiries nor have they produced the aforementioned spreadsheet.

We now bring this matter to your Honor's attention so that we may be advised on how best to proceed.

Thank you for your attention to this matter.

Very truly yours,

Thomas S. Tripodianos

TST/cc
Enc.

Please direct replies to:
City Square, 11 Martine Avenue, 15th Floor, White Plains, New York 10606
Phone:  (914) 428-2100  *  Fax: (855) 740-2860  * www.wbgllp.com

NEW YORK     •     NEW JERSEY     •     CONNECTICUT



Hon. Mary Kay Vyskocil
June 6, 2023
Page 2

cc:

**VIA PACER & EMAIL**
Levin-Epstein & Associates, P.C.
Attorneys for Plaintiffs
Email:  Jason Mizrahi, Esq. - jason@levinepstein.com

Custom Metalcrafters, Inc.
(via email)

Mr. Stephen Rosner
(via email)