USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY PIERRE-LOUIS, *on behalf of himself*,

Plaintiff,

-against-

CUSTOM METALCRAFTERS, INC., and STEPHEN ROSNER

Defendants.

1:22-cv-6717 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The status conference previously scheduled for August 29, 2023 at 11:30 AM is ADJOURNED to August 30, 2023 at 2:30 PM.

**SO ORDERED.**

Date:  July 21, 2023
       New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**