UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARGY PIERRE-LOUIS, et al.,<br><br>       Plaintiffs,<br><br>   -against-<br><br>CUSTOM METALCRAFTERS, et al.,<br><br>       Defendants. | 22-cv-6717 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at the August 22, 2023 conference, the Court hereby DENIES WITHOUT PREJUDICE Defendants' Letter Motion for Extension of Time to Complete Discovery (ECF No. 107). In anticipation of the August 30, 2023 conference, the parties are reminded to review and follow the Court's individual practices and to expeditiously complete all discovery prior to the conference, including answers to requests for admission and furnishing of verifications to interrogatories. Any discovery dispute, or request for a limited extension to the discovery deadlines for depositions only, must be raised prior to the conference consistent with this Court's Individual Practices.

  The Clerk of Court is directed to terminate the motion at ECF No. 107.

  SO ORDERED.

Dated: August 22, 2023
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge