# LEVIN-EPSTEIN & ASSOCIATES, P.C.
---
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

October 24, 2023

*<u>Via ECF</u>*
Hon. Arun Subramanian, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re: *Pierre-Louis v. Custom Metalcrafters, Inc. et al*
         <u>Case No.: 1:22-cv-06717-AS</u>

Dear Honorable Judge Subramanian:

  This law firm represents Plaintiffs Carlos Breton, Darwin Gonzalez, Jeffrey Diaz, Dilson Suero, Felipe Cabral, Frank Ramirez, Gargy Pierre-Louis, Jose Paez, Jose Sanchez Lopez, Jose Santiago, Juan Paulino, Maximo Aleys, Melvin De Leon, and Oscar Manuel Ogando Rosario (collectively, the "Plaintiffs") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request <u>**an extension of time to file a status letter, requesting that the above-referenced action be reopened, from October 24, 2023 to, through and including, November 24, 2023.**</u> This is the first request of its nature.

  The basis of this request is that the parties are still in the process of consummating the necessary paperwork to finalize the disposition of this matter. The parties anticipate being in a position to finalize the necessary materials on or before November 24, 2023.

  Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
   Jason Mizrahi
   60 East 42nd Street, Suite 4700
   New York, New York 10165
   Tel. No.: (212) 792-0048
   Email: Jason@levinepstein.com
   *Attorneys for Plaintiffs*

SO ORDERED. The Clerk of Court is directed to close ECF 117.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 24, 2023