# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

November 21, 2023

*Via ECF*
Hon. Arun Subramanian, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

       Re: *Pierre-Louis v. Custom Metalcrafters, Inc. et al*
         <u>Case No.: 1:22-cv-06717-AS</u>

Dear Honorable Judge Subramanian:

  This law firm represents Plaintiffs Carlos Breton, Darwin Gonzalez, Jeffrey Diaz, Dilson Suero, Felipe Cabral, Frank Ramirez, Gargy Pierre-Louis, Jose Paez, Jose Sanchez Lopez, Jose Santiago, Juan Paulino, Maximo Aleys, Melvin De Leon, and Oscar Manuel Ogando Rosario (collectively, the "Plaintiffs") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an **<u>extension of time to file a status letter</u>**, requesting that the above-referenced action be reopened, from November 25, 2023 to, **<u>through and including, January 8, 2024.</u>** This is the second request of its nature.

  The basis of this request is that the parties are still in the process of consummating the necessary paperwork to finalize the disposition of this matter. The parties anticipate being in a position to finalize the necessary materials on or before January 8, 2024.

  Thank you, in advance, for your time and attention to this matter.

<div style="display:flex">

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
November 21, 2023

</div>

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
  Jason Mizrahi
  60 East 42nd Street, Suite 4700
  New York, New York 10165
  Tel. No.: (212) 792-0048
  Email: Jason@levinepstein.com
  *Attorneys for Plaintiffs*

VIA ECF: All Counsel