UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Gargy Pierre-Louis, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

        *Plaintiff*,

  - *against* –

Custom Metalcrafters, Inc., and Stephen Rosner,

        *Defendants*.
------------------------------------------------------------X

Case No.: 22-cv-06717

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

  WHEREAS, on February 23, 2024, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Custom Metalcrafters, Inc., and Stephen Rosner (the "Defendants") having offered to allow Plaintiff Gargy Pierre-Louis, and opt-in Plaintiffs Carlos Breton, Darwin Gonzalez, Jeffrey Diaz, Dilson Suero, Felipe Cabral, Frank Ramirez, Gargy Pierre-Louis, Jose Paez, Jose Sanchez Lopez, Jose Santiago, Juan Paulino, Maximo Aleys, and Oscar Manuel Ogando Rosario (the "Plaintiffs"), to take a judgment against the Defendants in this action in the total sum of Thirty Thousand Dollars and Zero Cents ($30,000.00) (the "Judgment Amount").

  WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

  WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as Exhibit "A";

  NOTICE IS HEREBY GIVEN that Plaintiffs' counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                        By: _____
                                                Jason Mizrahi
                                                60 East 42nd Street, Suite 4700
                                                New York, NY 10165
                                                Tel. No.:  (212) 792-0048
                                                Email: Jason@levinepstein.com
                                                *Attorneys for Plaintiffs*

Via ECF: All Counsel


Encl.