UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Gargy Pierre-Louis, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

       - against –

Custom Metalcrafters, Inc., and Stephen Rosner,

                              *Defendants*.
----------------------------------------------------------------X

Case No.: 22-cv-06717

**PROPOSED JUDGMENT**

      On February 23, 2024, Plaintiff Gargy Pierre-Louis, and opt-in Plaintiffs Carlos Breton, Darwin Gonzalez, Jeffrey Diaz, Dilson Suero, Felipe Cabral, Frank Ramirez, Gargy Pierre-Louis, Jose Paez, Jose Sanchez Lopez, Jose Santiago, Juan Paulino, Maximo Aleys, and Oscar Manuel Ogando Rosario (the "Plaintiffs") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiffs have judgment against Defendants Custom Metalcrafters, Inc., and Stephen Rosner (the "Defendants") in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

      This judgment is intended to resolve, in full satisfaction, all of Plaintiffs' claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiffs asserted or could have asserted in this Action, including but not limited to, any claims Plaintiffs may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

   The payment amount shall be paid on or before a date within fourteen (14) days of the date of this Judgment.

Dated: _____, 2024

              **SO ORDERED**

              _____